Viktoriya Ilina
Federal Correctional
Institution
Danbury, CT, 06811
Petitioner, pro se

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Viktoriya Ilina,<br>Petitioner<br><br>vs.<br><br>United States of America,<br>Respondent, | Honorable John C. Lifland,<br>Judge |

### MOTION TO RETURN PROPERTY PURSUANT TO RULE 41(g) FEDERAL CRIMINAL CODE AND RULES

COMES NOW, Viktoriya Ilina, Petitioner, pro se, and for her action, states the following:

That the Petitioner is an incarcerated inmate confined at the Federal Correctional Institution Danbury.

The Petitioner respectfully moves this Honorable Court to return her seized property.

On August 22, 2002 Petitioner was arrested and detained by Federal Officials.

Property seized was as follows:

1. Certificate of Naturalization
2. Social Security Card
3. Birth Certificate
4. Birth Certificate of Petitioner's Daughter Sofia Trakhtenberg
5. High School Diploma
6. Medical School Diploma
7. Two Certificates of completion of specialty medical couses (Child Psychoanalysis and Child Psychotherapy)
8. Certificate of Massage Therapy graduate

This seized property was not obtained through illegal gains and is not part of the evidence for trial.

If this property is not returned to movant, it will be consided the deprivation of her property ( see rule 41(g) FCCR), this also would be consided a miscarriage of justice.

WHEREFORE, the Petitioner prays this Honorable Court will return the above mentioned seized property to her daughter Sofia Trakhtenberg, and for such other and further relief as to the Court shall deem just and proper in the premises.

Dated: This 18 day of August, 2007.

*Victoria Ilina*

Viktoriya Ilina,

Petitioner, pro se.

cc:   AUSA Leslie Schwartz